### LOTTIE A. PRIVETTE v. MOSES B. ALLEN.

(Filed 28 September, 1949.)

**Trial § 48½—**

Where the court sets aside the verdict in defendant's favor in the exercise of its discretion, plaintiff's appeal from the refusal of the court to set aside the verdict as a matter of law will be dismissed.

APPEAL by plaintiff from *Morris, J.,* at April Term, 1949, of NASH.
Appeal dismissed.

*L. L. Davenport and Hobart Brantley for plaintiff, appellant.*
*O. B. Moss for defendant, appellee.*

ALEXANDER *v.* LINDSEY.

PER CURIAM. This was an action to recover the possession of land. Defendant alleged plaintiff held the legal title in trust for the defendant. To the issue, "Is the plaintiff the owner of the legal title to the land," the jury answered "No," and the court in its discretion set aside the verdict. Plaintiff excepted to the ruling of the court in declining to set aside the verdict as a matter of law and appealed. Plaintiff's motion for judgment *non obstante veredicto* was properly denied.

Appeal dismissed.